UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BILLY HOWARD,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>KERN COUNTY LERDO FACILITY MEDICAL CHIEF, et al.,<br><br>　　　　　　Defendants. | Case No. 1:21-cv-00931-JLT (PC)<br><br>**ORDER DISREGARDING MOTION TO PROCEED IN FORMA PAUPERIS AS MOOT**<br><br>(Doc. 8) |

On July 19, 2021, Plaintiff filed a motion to proceed *in forma pauperis*. (Doc. 8.) Given that the Court granted Plaintiff's previous motion to proceed *in forma pauperis* on June 21, 2021 (Doc. 6), the Court DISREGARDS the present motion (Doc. 8) is as moot.

IT IS SO ORDERED.

　　Dated:　**July 29, 2021**　　　　　　　\_ **/s/ Jennifer L. Thurston**
　　　　　　　　　　　　　　　　　　　　　CHIEF UNITED STATES MAGISTRATE JUDGE